UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 19-763 (WJM) |
| v. | : | |
| | : | Hon. William J. Martini |
| ALFUQUAN TURNER | : | |

### Count One

(Hobbs Act Robbery)

On Count One of the Superseding Indictment we, the unanimous jury in the above-entitled case, find the Defendant, Alfuquan Turner:

**Not Guilty** \_\_\_\_\_        **Guilty** **X**

FOREPERSON SIGNATURE:

DATE:

